## Kelly *v.* Silverman, Appellant.

*Workmen's compensation—Value of board and lodging—Findings of referee.*

An award by the Workmen's Compensation Board on a basis of a weekly wage of twenty dollars will be sustained, where evidence was submitted to prove that the wages were ten dollars a week in cash, and board and lodging, and there was sufficient evidence to warrant the finding of fact by the referee, that the money value of such board and lodging had been determined at the time of the employment of the claimant.

Argued May 4, 1920.   Appeal, No. 132, April T., 1920, by defendant, from judgment of C. P. Allegheny County, January T., 1920, No. 510, dismissing appeal from award

of Workmen's Compensation Board in the case of Edward Kelly v. Alexander Silverman.   Before PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ.   Affirmed.

Appeal from award by Workmen's Compensation Board.   Before SHAFER, P. J.

The facts are stated in the opinion by the court below dismissing the appeal.

The appeal is by the defendant as to the amount of compensation allowed the claimant.   The claimant's wages were ten dollars a week and room and board. The referee has awarded compensation as upon a wage of twenty dollars per week, counting the room and board at ten dollars a week, and the only question in the case is whether or not there is evidence from which the referee could find that the money value of the board and room had been fixed and agreed upon at the time of the hiring.   The evidence as to what was said at the time of the hiring is somewhat contradictory, but in one part of the testimony of the man who actually hired the claimant it appears that the claimant was told, at the time he was employed, that the room and board would amount to ten dollars.   We think this is a sufficient fixing of the value within the statute, and the appeal is therefore dismissed.

*Error assigned* was the order of the court dismissing the appeal.

*J. Roy Dickie,* and with him *Wishart & Dickie,* for appellant.

*Linus P. McGuines,* for appellee.

PER CURIAM, July 14, 1920:
The judgment is affirmed on the opinion of the learned president judge of the court below directing it to be entered.
The judgment is affirmed and the appeal dismissed.